

# THE THIRTEENTH COURT OF APPEALS

13-15-00342-CV

Copano NGL Services, LLC
v.
John Ashcraft, Individually and as trustee for the John Ashcraft Family Trust 2012

On appeal from the
23rd District Court of Matagorda County, Texas
Trial Cause No. 15-H-0082

## JUDGMENT

The judgment issued by this Court on June 30, 2016, is hereby withdrawn and the following is substituted therefor.

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be vacated and the cause remanded to the trial court for rendition of judgment in accordance with the parties' agreement. Accordingly, we order the judgment VACATED and the case is DISMISSED and REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

January 12, 2017